**UNITED STATES DISTRICT COURT**
**District of Maine**

|  |  |  |
|---|---|---|
| DARREN L. POLLIS and CAROL DOLBIER as Personal Representative of the Estate of Leroy Pollis,<br><br>                    Plaintiffs<br><br>v.<br><br>TOWN OF JAY, FRANKLIN COUNTY, M.C. DISPOSAL, INC. d/b/a CENTRAL MAINE DISPOSAL, CLARK'S CARTS & PARTS, INC., and JUSTIN MERRILL,<br><br>                    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | Docket No. |

## NOTICE OF REMOVAL

NOW COMES Defendant Franklin County, by and through the undersigned counsel, and pursuant to the provisions of 28 U.S.C. § 1446, hereby removes the above-entitled matter to the United States District Court for the District of Maine.   Removal is permissible because this complaint invokes the provisions of 42 U.S.C. § 1983, and alleges violations of the Fifth and Fourteenth Amendments.   Because the complaint contains claims brought under the Constitution of the United States and a federal statute, the United States District Court has original jurisdiction. *28 U.S.C. § 1331.*

The removal is timely because the Summons and Complaint were served on June 16, 2017, and this removal is brought within thirty days after service.   *28 U.S.C. § 1446(b).*   All Defendants consent to the removal of this action, the undersigned counsel having consulted with Mark Franco, Esq., counsel for Defendants Town of Jay and Justin Merrill; Christopher Dinan, Esq., counsel for Defendant M.C. Disposal; and Ronald Ducharme, Esq., counsel for Defendant Clark's Cars &

Parts, Inc.

In conformity with 28 U.S.C. § 1446(a), copies of the Franklin County Superior Court Docket Sheet and all state court filings are attached hereto.


Dated:   July 13, 2017                          /s/   Peter T. Marchesi

                                                Peter T. Marchesi, Esq.
                                                Attorney for Defendant Franklin County
                                                Wheeler & Arey, P.A.
                                                27 Temple Street, P.O. Box 376
                                                Waterville, ME   04903-0376

## UNITED STATES DISTRICT COURT
### District of Maine

|  |  |  |
|---|---|---|
| DARREN L. POLLIS and CAROL DOLBIER as Personal Representative of the Estate of Leroy Pollis, | ) ) ) ) | Docket No. |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| TOWN OF JAY, FRANKLIN COUNTY, M.C. DISPOSAL, INC. d/b/a CENTRAL MAINE DISPOSAL, CLARK'S CARTS & PARTS, INC., and JUSTIN MERRILL, | ) ) ) ) ) | |
| Defendants | ) ) | |

## CERTIFICATE OF SERVICE

I, Peter T. Marchesi, Esq., attorney for Defendants, hereby certify that:

- Notice of Removal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

| | |
|---|---|
| Edmond J. Bearor, Esq. | *ebearor@rudmanwinchell.com* |
| Jonathan P. Hunter, Esq. | *jhunter@rudmanwinchell.com* |
| Mark V. Franco, Esq. | *mfranco@dwmlaw.com* |
| Christopher C. Dinan, Esq. | *cdinan@monaghanleahy.com* |
| Ronald Ducharme, Esq. | *ron@ducharmelegal.com* |

Dated: July 13, 2017

/s/   Peter T. Marchesi
Peter T. Marchesi, Esq.
Attorney for Defendants
Wheeler & Arey, P.A.
27 Temple Street, P.O. Box 376
Waterville, ME   04903-0376

3